IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PALTU ROY | Criminal Action No.<br><br>1:21-CR-435-MLB |

### FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Paltu Roy. The Court entered the Consent Preliminary Order of Forfeiture on December 17, 2021 [Doc. 34], forfeiting the following assets to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

a. $65,404.00 in United States Currency seized from Big Brother Supermarket a/k/a/ Big Brother Mini Supermarket, located at 400 Amal Drive SW, Atlanta, Georgia 30315;

b. $8,737.00 in United States Currency seized from Big Daddy's Discount Meats, located at 1265 Lee Street SW, Atlanta, Georgia 30310;

c. $1,772.50 in United States Currency seized from Metro Quick Mart, located at 1341 Metropolitan Parkway SW, Atlanta, GA 30310;

    d. $7,988.00 in United States Currency seized from Paltu Roy at the Hartfield-Jackson Atlanta International Airport located at 6000 N. Terminal Parkway, Atlanta, Georgia 30320.

The United States published notice of the forfeiture action on the official government internet site, *www.forfeiture.gov*, for at least thirty consecutive days. No one has filed a claim to the assets and the deadline for doing so has expired.

This Court finds that the Defendant has an interest in the assets, which are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and that no one has filed a petition claiming an interest in the property. Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Final forfeiture judgment is hereby entered, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), against the following assets:

    a. $65,404.00 in United States Currency seized from Big Brother Supermarket a/k/a/ Big Brother Mini Supermarket, located at 400 Amal Drive SW, Atlanta, Georgia 30315;

    b. $8,737.00 in United States Currency seized from Big Daddy's Discount Meats, located at 1265 Lee Street SW, Atlanta, Georgia 30310;

    c. $1,772.50 in United States Currency seized from Metro Quick Mart, located at 1341 Metropolitan Parkway SW, Atlanta, GA 30310;

    d. $7,988.00 in United States Currency seized from Paltu Roy at the Hartfield-Jackson Atlanta International Airport located at 6000 N. Terminal Parkway, Atlanta, Georgia 30320.

2. All right, title and interest in the assets is hereby condemned, forfeited, and vested in the United States and it shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS 20th day of April, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE